JS 44   (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Joseph Meszaros

**DEFENDANTS**

Bentley Jackson, Delaware Express Co, Dennis Silvio, Ryder Truck Rental LT, USA Container Company Inc, USA Freight ⊞

**(b)** County of Residence of First Listed Plaintiff   Bucks County, PA

County of Residence of First Listed Defendant   Cumberland County, NJ

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Marshall E. Kresman, Esquire, One Greentree Centre, 10000 Lincoln Drive East, Suite 201, Marlton, NJ 08053, 856-596-9333, mail@kresmanlaw.com

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

(☒ in box 350 Motor Vehicle)

## V. ORIGIN   (Place an "X" in One Box Only)

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation |
| ☐ 7 Appeal to District Judge from Magistrate Judgment | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332

Brief description of cause:
Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S)
(See instructions):

JUDGE

DOCKET NUMBER

Explanation?

DATE  3/8/12

SIGNATURE OF ATTORNEY OF RECORD

03/08/2012

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY - CAMDEN VICINAGE

| | | |
|---|---|---|
| JOSEPH MESZAROS | : | |
| 9283 Old Tryburn Road | : | |
| Morrisville, PA 19067 | : | |
| | : | |
| v. | : | |
| | : | |
| BENTLEY JACKSON | : | |
| 1714 Arrowhead Trail | : | CIVIL ACTION |
| Vineland, NJ 08361 | : | |
|     and | : | No.: |
| DELAWARE EXPRESS CO. | : | |
| 802 Elkton Blvd. | : | |
| Elkton, MD 21921 | : | |
|     and | : | |
| DENNIS SILVIO | : | |
| 424 West 8th Street, Apt. 1 | : | |
| Plainfield, NJ 07060 | : | |
|     and | : | |
| RYDER TRUCK RENTAL, LT. | : | |
| 119 Moonachie Avenue | : | |
| Moonachie, NJ 07024 | : | |
|     and | : | |
| USA CONTAINER COMPANY, INC. | : | |
| 1776 South Second Street | : | |
| Piscataway, NJ 08854 | : | |
|     and | : | |
| USA FREIGHT SYSTEMS, LLC | : | |
| 1776 South Second Street | : | |
| Piscataway, NJ 08854 | : | |

## COMPLAINT

### COUNT I
### JOSEPH MESZAROS v. BENTLEY JACKSON, DELAWARE EXPRESS CO., DENNIS SILVIO, RYDER TRUCK RENTAL, LT., USA CONTAINER COMPANY, INC. USA FREIGHT SYSTEMS, LLC

#### Negligent Operation of Motor Vehicles

      1.    Plaintiff, Joseph Meszaros, is an individual and citizen of the Commonwealth of Pennsylvania.

2.     Defendant, Bentley Jackson, is a individual and citizen of the State of New Jersey.

3.     Defendant, Delaware Express Company, is a corporation and/or business entity regularly doing business in the State of New Jersey and is a citizen of the State of Maryland as it is organized and/or incorporated within the State of Maryland, with its principal place of business located in the State of Maryland.

4.     Defendant, Dennis Silvio, is a individual and citizen of the State of New Jersey.

5.     Defendant, Ryder Truck Rental, LT., is a corporation and/or business entity regularly doing business within the State of New Jersey while it is a citizen of the State of Florida.

6.     Defendant, USA Container Company, Inc., is a corporation and/or business entity that is a citizen of the State of New Jersey as it is organized and/or incorporated within the State of New Jersey, with its principal place of business within the State of New Jersey.

7.     Defendant, USA Freight Systems LLC, is a corporation and/or business entity that is organized and/or incorporated and a citizen of the State of New Jersey, with its principal place of business within the State of New Jersey.

8.     Jurisdiction of this Court in plaintiff's cause of action is invoked under 28 U.S.C. Section 1332, as there is diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

9.     On or about the 14th day of June, 2010, at approximately 4:29 a.m., defendants Ryder Truck Rental LT, USA Container Company, Inc. and USA Freight Systems LLC, individually, jointly and severally owned and controlled a certain commercial motor vehicle then and there possessed and operated by their agent, servant, workman and/or employee, defendant Dennis Silvio, in the course and scope of his employment, traveling in a northerly direction on Interstate 95, at or near exit 41, Milford, Fairfield County, State of Connecticut, when it was so negligently operated that it came into violent collision with the rear of another commercial motor vehicle owned and controlled by defendant Delaware Express Company, then and there possessed and operated by its agent, servant, workman or employee, defendant Bentley Jackson in the course and scope of his employment, traveling in the same direction on Interstate 95, when it was so negligently operated that it then came into violent collision with the rear of a motor vehicle being operated in the same direction by plaintiff Joseph Meszaros, as a result of which plaintiff sustained injuries more particularly set forth hereinafter.

10.     At the time and place aforesaid, the carelessness and negligence of the defendants Ryder Truck Rental LT, USA Container Company, Inc. and USA Freight Systems LLC, by and through their agent, servant, workman or employee defendant Dennis Silvio consisted of the following:

(a)     Defendant operated his motor vehicles at an excessive rate of speed;

    (b)     Defendant failed to have his vehicle under proper and adequate control;

    (c)     Defendant failed to keep a proper lookout for traffic with superior position upon the highway;

    (d)     Defendant failed to keep an assured clear stopping distance between his vehicle and the vehicle traveling in front of his vehicle;

    (e)     Defendants failed to inspect, maintain and have their motor vehicle in proper operating condition which was a substantial cause of the accident herein.

11.    At the time and place aforesaid, the carelessness and negligence of the defendant Delaware Express Company by and through its agent, servant, workman or employee defendant Bentley Jackson consisted of the following:

    (a)     Defendant operated his motor vehicles at an excessive rate of speed;

    (b)     Defendant failed to have his vehicle under proper and adequate control;

    (c)     Defendant failed to keep a proper lookout for traffic with superior position upon the highway;

    (d)     Defendant failed to keep an assured clear stopping distance between his vehicle and the vehicle traveling in front of his vehicle;

    (e)     Defendants failed to inspect, maintain and have their motor vehicle in proper operating condition which was a substantial cause of the accident herein.

12.    By reason of the aforesaid negligence of the defendants, plaintiff, Joseph Meszaros, sustained serious, permanent and severe injuries in and about his person in the nature of cervical strain and sprain; bulging discs at C3-C4, C4-C5, C5-C6 and C6-C7; cervical facet joint syndrome; partial rotator cuff tear of the right shoulder; post-traumatic subacromial impingement syndrome; partial tear of the biceps tendon; anxiety reaction; post traumatic syndrome, together with a severe and permanent shock to his nervous system.

13.    As a result of the injuries sustained, plaintiff was obliged to expend and in the future will have to continue to expend or will have to reimburse his workers compensation carrier sums of money for medicine and medical treatment in and about endeavoring to treat and cure himself of his injuries to his financial damage and loss.

14.    As a further result of the aforesaid injuries, plaintiff was unable and will be unable to attend to his usual duties and occupations and thereby has suffered or will suffer a loss of earnings or will have to reimburse his compensation carrier for indemnity payments received and

will have impairment of future earning capacity and thereby lose the emoluments which would have come to him through his employment to his great financial damage and loss.

## COUNT II
### JOSEPH MESZAROS v. BENTLEY JACKSON, DELAWARE EXPRESS CO.

#### Negligence and Violation of 49 C.F.R. 395

15.     Plaintiff incorporates by reference Count I, paragraphs 1 through 14, fully as though set forth at length herein.

16.     Defendant Delaware Express Co., both individually and/or by and through its agent, workman, and/or employee, defendant Bentley Jackson, was negligent and in violation of federal statutes including 49 C.F.R. 395 in directing its defendant employee to operate his vehicle in what was an unsafe manner that caused the defendant driver to unsafely operate his motor vehicle in excess of the limitations allowable under federal law and safe driving practices.

17.     The aforementioned code and other violations were substantial factors in the happening of the accident herein.

## COUNT III
### JOSEPH MESZAROS V. DENNIS SILVIO, USA CONTAINER COMPANY, INC. AND USA FREIGHT SYSTEMS LLC

18.     Plaintiff incorporates by reference Count I, paragraphs 1 through 14, fully as though set forth at length herein.

19.     Defendants USA Container Company, Inc. and USA Freight Systems LLC, individually, jointly and severely, and/or by and through its agent, workman, and/or employee, defendant Dennis Silvio, was negligent and in violation of federal statutes including 49 C.F.R. 395 in directing its defendant employee to operate his vehicle in what was an unsafe manner that caused the defendant driver to unsafely operate his motor vehicle in excess of the limitations allowable under federal law and safe driving practices.

20.     The aforementioned code and other violations were substantial factors in the happening of the accident herein.

## COUNT IV
### JOSEPH MESZAROS v. DELAWARE EXPRESS CO.

#### Negligent Hiring

21.     Plaintiff incorporates by reference Counts I & II, paragraphs 1 through 17, as though fully set forth at length herein.

22.     Prior to and at the time aforesaid, defendant Delaware Express Company negligently hired, supervised and/or retained Bentley Jackson, who defendant Delaware Express Company knew or should have known lacked the ability as evidenced by his driving record and/or other history before and after his hiring or otherwise was an unfit employee for the truck driving position for which he was hired.

23.     The negligence of the defendant Delaware Express Company, by and through their agents, servants, workmen or employees, in hiring, supervising and/or retaining defendant Bentley Jackson included the following:

   (a) failing to exercise due care in the hiring process;

   (b) failing to properly interview, investigate and/or determine the background, qualifications, attributes, tendencies and fitness of character of defendant Bentley Jackson as such would relate to his ability to safely and properly do the job for which he was hired;

   (c) failing to properly train, supervise and/or control defendant Bentley Jackson, notwithstanding knowledge that he was unfit, unqualified and/or not suited to do the job for which he was hired;

   (d) failing to discharge or relieve defendant Bentley Jackson of his position, notwithstanding knowledge that he was unfit, unqualified and/or not suited to do the job for which he was hired.

## COUNT V
### JOSEPH MESZAROS V. USA CONTAINER COMPANY, INC. AND USA FREIGHT SYSTEMS LLC

24.     Plaintiff incorporates Counts I & III, paragraphs 1 through 14 and 18 through 20 as fully as though set forth herein at length.

25.     Prior to and at the time aforesaid, defendants USA Container Company, Inc. and USA Freight Systems LLC, individually, jointly and severely negligent hired, supervised and/or retained Dennis Silvio, who defendants USA Container Company, Inc. and USA Freight Systems, LLC knew or should have known lacked the ability as evidenced by his driving record and/or other history before and after his hiring or otherwise was an unfit employee for the truck driving position for which he was hired.

26.     At or prior to the time aforesaid, the individual, joint and/or several carelessness and negligence of the defendants USA Container Company, Inc. and USA Freight Systems LLC, individually, jointly and severely, and by and through their agents, servants, workmen or employees, consisted of the following:

   (a) failing to exercise due care in the hiring process;

(b)     failing to properly interview, investigate and/or determine the background, qualifications, attributes, tendencies and fitness of character of defendant Dennis Silvio as such would relate to his ability to safely and properly do the job for which he was hired;

(c)     failing to properly train, supervise and/or control defendant Dennis Silvio, notwithstanding knowledge that he was unfit, unqualified and/or not suited to do the job for which he was hired;

(d)     failing to discharge or relieve defendant Dennis Silvio of his position, notwithstanding knowledge that he was unfit, unqualified and/or not suited to do the job for which he was hired.

**WHEREFORE**, plaintiff demands judgment against each defendant individually, jointly and/or severally in an amount in excess of $75,000.00 exclusive of costs upon each count.

Dated:     3/8/12

MARSHALL E. KRESMAN
Attorney for Plaintiffs

## CERTIFICATION

**PLEASE TAKE NOTICE THAT** plaintiff hereby demands a trial by jury as to all issues of fact set forth herein.

Plaintiff certifies that there are no other known legal proceedings arising out of this lawsuit pending.

**WHEREFORE**, plaintiffs demand judgment against each defendant, individually, jointly and/or severally, together with interest and cost of suit.

MARSHALL L. KRESMAN
Attorney for Plaintiffs